IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | | |
|---|---|---|---|
| | : | | |
| | : | CRIMINAL NO. | 08-614-1 |
| v. | : | | |
| | : | CIVIL NO. | 12-1538 |
| HABEEB MALIK | : | | |

**O R D E R**

**AND NOW**, this  11th  day of May, 2012, upon consideration of Petitioner's Motion Under 28 U.S.C. § 2255 (ECF No. 203), and papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Habeas Corpus Motion Under 28 U.S.C. § 2255 is **DENIED**;

2. No Certificate of Appealability shall issue.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**